Law Offices of Camille Kassar, LLC.
271 Route 46 West, Suite C-102
Fairfield, New Jersey 07004
Tel No: 973-227-3296
Fax No: 973-860-2448

Order Filed on October 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

_____

                                                : United States Bankruptcy Court
                                                : District of New Jersey                                  :
           Kenneth Sturchio                   : Case No: 19-28160
                                                     Chapter 13

                Debtor,                             :
                                                : Hearing Date:

                                                :

_____


## ORDER EXTENDING THE AUTOMATIC STAY


The relief set forth on the following pages, numbered two (2) through <u>2</u> is hereby **ORDERED**




**DATED: October 27, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court




(Page2)

Debtor: Kenneth Sturchio
Case No. 19-28160 (JKS)
Caption of Order: Order Extending the Automatic Stay

This matter having come before the Court by Camille Kassar, Esq. Attorney for the Debtor on Motion to Extend the Automatic, and the Court after hearing arguments of counsel; and for good cause having been shown; it is

**ORDERED** that the Automatic Stay is Extended until the completion of the plan, or further order of the Court pursuant to

11 U.S.C 362 (c) (3) (B)