Law Offices of Camille Kassar, LLC.
271 Route 46 West, Suite C-102
Fairfield, New Jersey 07004
Tel No: 973-227-3296
Fax No: 973-860-2448

Order Filed on October 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

_____

      Kenneth Sturchio

        Debtor,

: United States Bankruptcy Court
: District of New Jersey
: Case No: 19-28160
  Chapter 13
:
: Hearing Date:
:

_____

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through <u>2</u> is hereby **ORDERED**

DATED: October 27, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

(Page2)

Debtor:         Kenneth Sturchio
Case No.        19-28160 (JKS)
Caption of Order:    Order Extending the Automatic Stay

This matter having come before the Court by Camille Kassar, Esq. Attorney for the

Debtor on Motion to Extend the Automatic, and the Court after hearing arguments of counsel;

and for good cause having been shown; it is

**ORDERED** that the Automatic Stay is Extended until the completion of the plan, or further order of the Court pursuant to

11 U.S.C 362 (c) (3) (B)

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Sturchio  
     Debtor

Case No. 19-28160-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 28, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db          +Kenneth Sturchio,   84 Yellow Frame Rd,    Newton, NJ 07860-5400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:  
         Camille J Kassar    on behalf of Debtor Kenneth  Sturchio ckassar@locklawyers.com, kassarcr75337@notify.bestcase.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1 rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                          TOTAL: 4