| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br>Order Filed on November 20, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br>  KENNETH STURCHIO | Case No.:  19-28160JKS<br><br>Hearing Date:  11/14/2019<br><br>Judge:  JOHN K. SHERWOOD |

# INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: November 20, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  19-28160JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 11/14/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 12/12/2019 confirmation hearing if debtor is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.