| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br><br>  KENNETH STURCHIO |

Order Filed on November 20, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:  19-28160JKS

Hearing Date:  11/14/2019

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: November 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 19-28160JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 11/14/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 12/12/2019 confirmation hearing if debtor is not current with plan payments and if the 341a meeting of creditors has not been conducted before this date.

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Sturchio  
     Debtor

Case No. 19-28160-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 20, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
db         +Kenneth Sturchio,   84 Yellow Frame Rd,   Newton, NJ 07860-5400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

        Camille J Kassar   on behalf of Debtor Kenneth Sturchio ckassar@locklawyers.com, kassarcr75337@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Rebecca Ann Solarz   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1 rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                     TOTAL: 5