Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  19−28160−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth Sturchio
   84 Yellow Frame Rd
   Newton, NJ 07860

Social Security No.:
   xxx−xx−3598

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/26/20 at 10:00 AM

to consider and act upon the following:

*49* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/18/2020. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*51* − in Opposition to (related document:49 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/18/2020. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Camille J Kassar on behalf of Kenneth Sturchio. (Attachments: # 1 Certificate of Service) (Kassar, Camille)

Dated: 2/19/20

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court