| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with<br>D.N.J.LBR 9004-1<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Kenneth Sturchio,<br><br><br><br>Debtor. |

Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-28160-JKS

Hearing Date: May 28, 2020

Judge: John K. Sherwood

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Specialized Loan Servicing LLC as servicing agent for Cascade Funding Mortgage Trust 2017-1</u> ("movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

**X** Real property more fully described as:

DESCRIPTION OF TAX LOT 9, BLOCK 8, TOWNSHIP OF GREEN, SUSSEX COUNTY, NEW JERSEY, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS;

BEGINNING AT A POINT IN THE SOUTHWESTERLY SIDE LINE OF YELLOW FRAME ROAD (50.00 FEET WIDE), SAID POINT BEING DISTANT 25.73 FEET FROM A SPIKE FOUND IN THE CENTER LINE OF YELLOW FRAME ROAD, SAID POINT ALSO BEING DISTANT 646.30 MORE OR LESS FEET ALONG THE SOUTHWESTERLY SIDE LINE OF YELLOW FRAME ROAD VARIOUS COURSES FROM ITS INTERSECTION WITH THE SOUTHWESTERLY SIDE LINE OF WINTERMUTE ROAD (33.00 FEET FROM CENTER LINE), AND FROM SAID BEGINNING POINT RUNNING; THENCE

1) ALONG THE SOUTHWESTERLY SIDE LINE OF YELLOW FRAME ROAD, SOUTH 76°-38'-00" EAST, A DISTANCE OF 338.52 FEET TO A POINT; THENCE

2) CONTINUING ALONG SAID SIDE LINE, SOUTH 87°-07'-00" EAST, A DISTANCE OF 77.96 FEET TO A POINT AND CORNER; THENCE

3) LEAVING SAID SIDE LINE AND RUNNING SOUTH 27°-04'-30" WEST, A DISTANCE OF 314.60 FEET TO A POINT AND CORNER; THENCE

4) NORTH 76°-38'-00" WEST, A DISTANCE OF 411.72 FEET TO AN IRON PIPE FOUND; THENCE

5) NORTH 27°-04'-30" EAST, A DISTANCE OF 300.00 FEET TO POINT AND PLACE OF BEGINNING.

CONTAINING 2.767 MORE OR LESS ACRES.

**AKA 84 Yellow Frame Road, Fredon Township, New Jersey 07860**.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Sturchio  
    Debtor

Case No. 19-28160-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 02, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
db        +Kenneth Sturchio,    84 Yellow Frame Rd,    Newton, NJ 07860-5400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:  
          Camille J Kassar     on behalf of Debtor Kenneth  Sturchio ckassar@locklawyers.com,  
           kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com  
          Denise E. Carlon     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Gavin  Stewart     on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for  
           Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com  
          Marie-Ann  Greenberg     magecf@magtrustee.com  
          Rebecca Ann Solarz     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
           rsolarz@kmllawgroup.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 6