Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28160−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth Sturchio
   84 Yellow Frame Rd
   Newton, NJ 07860

Social Security No.:
   xxx−xx−3598

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2020
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-28160-JKS
Kenneth Sturchio                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 04, 2020
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db          +Kenneth Sturchio,    84 Yellow Frame Rd,    Newton, NJ 07860-5400
cr          +Specialized Loan Servicing LLC as servicing agent,    P.O. Box 340514,    Tampa, FL 33694-0514
518600197   +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518475049   +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
518501986   +Specialicing Loan Servicing,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
518564035   +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518479359   +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 23:10:23     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518475046    EDI: BANKAMER.COM Aug 05 2020 02:43:00     Bank of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998
518475047   +EDI: CAPONEAUTO.COM Aug 05 2020 02:43:00     Capital One Auto Finance,    Attn: Bankruptcy,
              Po Box 30285,    Salt Lake City, UT 84130-0285
518490107   +EDI: AISACG.COM Aug 05 2020 02:43:00     Capital One Auto Finance, a division of,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518518692   +EDI: AISACG.COM Aug 05 2020 02:43:00     Capital One Auto Finance, a division of Capital On,
              P.O. Box 4360,    Houston, TX 77210-4360
518475048   +EDI: AMINFOFP.COM Aug 05 2020 02:43:00     First PREMIER Bank,    Attn: Bankruptcy,
              Po Box 5524,    Sioux Falls, SD 57117-5524
518563387    E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 04 2020 23:17:31      MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518475050   +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 04 2020 23:17:35
              Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518565617   +EDI: JEFFERSONCAP.COM Aug 05 2020 02:43:00     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518506954   +E-mail/Text: bncmail@w-legal.com Aug 04 2020 23:10:32     SYNCHRONY BANK,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518585272   +EDI: AIS.COM Aug 05 2020 02:43:00     Verizon,   by American InfoSource as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518475051   +EDI: VERIZONCOMB.COM Aug 05 2020 02:43:00     Verizon Wireless,    Attn: Bankruptcy,
              500 Technology Dr, Ste 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Camille J Kassar    on behalf of Debtor Kenneth  Sturchio ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com
              Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 04, 2020
                              Form ID: 148             Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rebecca Ann Solarz    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```