**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**

**Marie-Ann Greenberg, Standing Trustee**

**30 TWO BRIDGES ROAD**

**SUITE 330**

**FAIRFIELD, NJ  07004-1550**

**973-227-2840**

**Chapter 13 Standing Trustee**

IN RE:

   KENNETH STURCHIO

Order Filed on August 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13 Case No.:  19-28160 JKS**

**HEARING DATE:  06/25/2020**

**Judge:  JOHN K. SHERWOOD**

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: August 4, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  KENNETH STURCHIO

Case No.:  19-28160

Caption of Order:  ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion for Dismissal of the Debtor(s)' Chapter 13 Petition on, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s) counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice; and it is further

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any  administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth Sturchio
       Debtor

Case No. 19-28160-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 04, 2020
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db            +Kenneth Sturchio,    84 Yellow Frame Rd,    Newton, NJ 07860-5400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
        Camille J Kassar   on behalf of Debtor Kenneth  Sturchio ckassar@locklawyers.com,
    kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com
        Denise E. Carlon   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1
    dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Gavin Stewart   on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent for
    Cascade Funding Mortgage Trust 2017-1 bk@stewartlegalgroup.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1
    rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                TOTAL: 6